UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CESAR YOVANI CISNEROS,

           Petitioner,

  v.

NEIL McDOWELL, Warden,

           Respondent.

NO.  EDCV 15-988-R (AGR)

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 30, 2018

_____
MANUEL L. REAL
United States District Judge